UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CR166 DJS |
| | ) |
| RICHARD T. SADDLER, | ) |
| | ) |
| Defendant. | ) |

### SATISFACTION OF RESTITUTION

The United States of America acknowledges satisfaction of restitution.

CATHERINE L. HANAWAY
United States Attorney

s/ Deborah L. Golemon
DEBORAH L. GOLEMON   #92591
Assistant U. S. Attorney
111 S. 10th Street, Suite 20.333
St. Louis, MO  63102
(314) 539-2200

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006,  the foregoing was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

Richard T. Saddler, 340 Carr Manor, St. Louis, Missouri 63021.

s/ Deborah L. Golemon
DEBORAH L. GOLEMON  #92591
Assistant United States Attorney